*Melissa L. Streeto*, deputy assistant state's attorney, in opposition.

Decided June 25, 2003

NANCY LEWIS *v.* STATE OF CONNECTICUT

KATZ, J., dissenting. I would grant the plaintiff's petition for certification for appeal.

*Nancy Lewis*, pro se, in support of the petition.

Decided June 25, 2003

CARTHANIEL BALDWIN *v.* COMMISSIONER OF
CORRECTION

*Carthaniel Baldwin*, pro se, in support of the petition.

Decided June 25, 2003

CHARLES BELLINO *v.* COMMISSIONER OF
CORRECTION

SULLIVAN, C. J., and NORCOTT, J., did not participate in the consideration or decision of this petition.